883 A.2d 346

IN THE MATTER OF JOHN F. WISE, AN ATTORNEY
AT LAW (ATTORNEY NO. 038471983).

October 5, 2005.

## ORDER

This matter having been duly presented to the Court pursuant to *R.* 1:20–10(b), following a motion for discipline by consent of **JOHN F. WISE,** who was admitted to the bar of this State in 1983;

And the District VB Ethics Committee and respondent having signed a stipulation of discipline by consent in which it was agreed that respondent violated *RPC* 1.1(a)(gross negligence) and *RPC* 1.3 (lack of diligence);

And the parties having agreed that respondent's conduct violated *RPC* 1.1(a) and *RPC* 1.3, and that said conduct warrants a reprimand;

And the Disciplinary Review Board having determined that a reprimand is the appropriate discipline for respondent's ethics violations in District Docket No. VB–04–002E, and having granted the motion for discipline by consent;

And the Disciplinary Review Board having submitted the record of the proceedings to the Clerk of the Supreme Court for the entry of an order of discipline in accordance with *R.* 1:20–16(e);

And good cause appearing;

It is ORDERED that **JOHN F. WISE** of **SOUTH ORANGE** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.